**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA**

                **Plaintiff,**

        **v.**                                        **5:05-CR-217**
                                                           **(FJS)**

**GREGORY THOMAS**

                **Defendant.**
_____

**APPEARANCES**                                       **OF COUNSEL**

**OFFICE OF THE UNITED STATES ATTORNEY**    **EDWARD BROTON, AUSA.**
100 South Clinton Street
Syracuse, New York 13260
Representing the United States

**OFFICE OF PAUL G.J. MADISON**                **PAUL G.J. MADISON, ESQ.**
31 Harper Street
Stamford, New York 12167
Representing the Defendant

**SCULLIN, Chief Judge**

## ORDER

On December 19, 2005 Paul Madison, Esq. filed a motion to withdraw as attorney for defendant Gregory Thomas which was scheduled to be heard on December 29, 2005. On December 29, 2005, defense counsel notified the Court that he would be unable to attend, therefore a telephone conference was held. At that time the Court advised defense counsel that he would remain the attorney of record until the motion could formally be addressed at a motion hearing, with the defendant present, tentatively rescheduled for January 3, 2006. Shortly thereafter, defense counsel advised the Court that he would be unable to appear on January 3,

2006.  Upon conferring with both parties, it was agreed that the next Court appearance on the motion would be January 23, 2006.  Subsequently, on January 3, 2006, this Court issued a notice rescheduling attorney Paul Madison's motion to withdraw as counsel for Gregory Thomas for January 23, 2006 at 11:30a.m., in Syracuse.  On January 23, 2006 the proceeding was held, with the defendant present, and Mr. Madison did not appear.  Accordingly, it is hereby

**ORDERED** that Paul G.J. Madison, Esq. show cause at the **James M. Hanley United States Courthouse**, in **Syracuse, New York** on **February 7, 2006 at 10:00 a.m.**, why he should not be held in contempt for his failure to appear. And further it is

**ORDERED** that the Assistant United States Attorney need not be in attendance at this show cause hearing.

**IT IS SO ORDERED.**

Dated: January 24, 2006
        Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge