# PAUL G. MADISON
### Attorney at Law
### 31 Harper Street
### Stamford, New York 12167
### Phone/Fax# (607) 652-2402

February 6, 2006

Hon. Frederick J. Scullin, Jr.
P.O. Box 7255
Syracuse, NY 13261

VIA FAX/REG. MAIL

Re: U.S. v. Gregory Thomas

Dear Judge Scullin,

    I submit Affirmation for your review in the referenced matter.

    Please accept my apologies for any inconvenience caused by my misunderstanding of the need to appear on January 23, 2006. I respectfully request that my appearance not be required tomorrow morning as my son has a follow up appointment following an appendectomy.

    Thank you for your courtesies.

Very truly yours,

Paul G. Madison

cc: Edward R. Broton, Esq.

*Request Denied*

SO ORDERED

FREDERICK J. SCULLIN, JR.
DGF

2/6/06