**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**UNITED STATES OF AMERICA,**

              **v.**                                     **5:05-CR-217**
                                                         **(FJS)**

**GREGORY THOMAS,**

              **Defendant.**

_____

**APPEARANCES**                                **OF COUNSEL**

**OFFICE OF THE UNITED**            **EDWARD R. BROTON, AUSA**
**STATES ATTORNEY**                    **RANSOM P. REYNOLDS, III, AUSA**
James Hanley Federal Building
100 South Clinton Street
Syracuse, New York 13261
Attorneys for the United States

**GREGORY THOMAS**
P.O. Box 173
Jamesville, New York 13078
Defendant *pro se*

**SCULLIN, Senior Judge**

## ORDER

       On February 16, 2006, Defendant Gregory Thomas[1] filed a "Motion of Transfer Demand," in which he "respectfully 'demand[ed]' to be returned to Bare Hill Correctional Facility, in Malone, New York IMMEDIATELY." *See* Dkt. Nos. 153, 154 at 1. In support of his motion, Defendant contends that

> The UNITED STATES OF AMERICA has and continues to "knowingly," infringe on my right to have access to legal documents stored there. The current "county" facility in which the

---

[1] In his motion papers, Defendant Gregory Thomas refers to himself as "Gregory-Jason: Thomas" or "Gregory-Jason: family of Thomas." *See, generally,* Dkt. Nos. 153, 154..

> UNITED STATES OF AMERICA has me, Gregory-Jason:
> Thomas, (an alleged inmate of the STATE OF NEW YORK),
> detained to date for approximately the past 8 months, has denied
> my access to legal documents citing "FIRE HAZARD." These
> legal documents are currently being held in my property storage by
> the facility, which has refused to accommodate my access to them.

*See* Dkt. No. 153 at 1.

The Court has no authority to Order the Government to house Defendant at any particular facility. Accordingly, the Court hereby

**ORDERS** that Defendant's motion for an immediate transfer to the Bare Hill Correctional Facility in Malone, New York, is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 23, 2006
       Syracuse, New York

                                Frederick J. Scullin, Jr.
                                Senior United States District Court Judge